IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 AUG -3  AM 11: 22

CLERK_____
SO. DIST. OF GA.

JONATHAN BENTON CLARK, )
 )
       Plaintiff, )
 )
vs. ) CASE NO. 4:05-CV-119
 )
ST. JOSEPH'S/CANDLER HEALTH )
SYSTEM, INC., and MATTHEW )
REARDON CENTER, )
 )
       Defendants. )
 )

## O R D E R

Before the Court is the Report and Recommendation of the Magistrate Judge recommending that Defendants' Motions for Summary Judgement be granted and this action be dismissed. Plaintiff has filed Objections to the Report and Recommendation. He highlights a number of facts that he contends contradict the Magistrate's findings.

The Magistrate considered the facts Plaintiff points out when issuing the Report and Recommendation. When viewing these considerations along with the entire record, he found that Plaintiff failed to demonstrate that either Defendant was his employer as contemplated by Title VII of the Civil Rights Act of 1964. After a careful de novo review of the record in this case, the Court agrees with the Magistrate's conclusions and adopts them as the opinion of the Court.

Therefore, Defendants' Motions for Summary Judgment are **GRANTED**, and this action is **DISMISSED WITH PREJUDICE**. The Clerk of the Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED** this 3RD day of August, 2006.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA